**C. T. WALKER, Appellant,**

v.

**COMMONWEALTH of Kentucky,
Appellee.**

Court of Appeals of Kentucky.

Jan. 25, 1957.

Eugene H. Clark, Manchester, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

C. T. Walker was convicted of unlawful possession of alcoholic beverages. His punishment was fixed at a fine of $40 and confinement in jail for sixty days. He has filed a motion for appeal from the judgment.

The record has been considered in the light of the briefs filed. We find no error therein.

The motion for appeal is overruled and the judgment is affirmed.